[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-13712
Non-Argument Calendar

D. C. Docket No. 1:11-cv-00687-KD-M

LEWIS MITCHELL,

Plaintiff-Appellant,

versus

GOVERNOR OF ALABAMA,
ATTORNEY GENERAL, STATE OF
ALABAMA,
TAISHIERA PARKER,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Alabama

(December 6, 2012)

Before TJOFLAT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

We conclude that the <u>Rooker-Feldman</u> doctrine bars appellant's claims for the reasons stated in the April 20, 2011 Report and Recommendation of the Magistrate Judge.  The judgment of the District Court adopting the Magistrate Judge's recommendation is accordingly

AFFIRMED.